# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff(s),   :   Case No. 3:11-cr-57

 - vs -                         Magistrate Judge Michael R. Merz

JOHN G. LEGNER, JR.

        Defendant(s).   :

## ORDER REVOKING PROBATION

This case came on for hearing on January 25, 2012, on report of the Probation Officer that Defendant had violated the conditions of his probation by committing another federal, state or local crime by being charged with Retaliation of a Witness, Aggravating Menacing and Unauthorized Use of Personal Information.

Defendant admitted the violation of the conditions of his release.

Accordingly, it is hereby ordered that Defendant John Legner, Jr.'s probation is revoked and he is ordered committed to the custody of the Attorney General of the United States for a term of thirty (30) days with credit for time served.

February 10, 2012

                                                    s/ **Michael R. Merz**
                                                  United States Magistrate Judge